# EXHIBIT 1

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release (hereinafter "Agreement") is hereby entered into on this 14th day of March, 2020, by and between Jose Reynaldo Ortiz Melgar ("Ortiz Melgar") and Louyans, Inc. d/b/a City Lights of China and Andy Chang ("City Lights") (Ortiz Melgar and City Lights are collectively referred to herein as the "Parties"). This Agreement sets forth the understandings and resolutions between the parties.

WHEREAS, Ortiz Melgar brought a lawsuit in the United States District Court for the District of Columbia, Case No. 1:15-cv-01679 (RJL) (the "Case") for alleged violations of the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, *et seq.*, the D.C. Minimum Wages Revision Act ("DCMWRA"), D.C. ST §32-1012 and the D.C. Wage Payment and Collection Law ("DCWPCL"), D.C. ST §32-1012;

WHEREAS, City Lights denies and has denied any liability in this matter;

WHEREAS, the Parties have entered into this Agreement to resolve a good faith dispute as to possible entitlements under the FLSA, the DCMWRA, and the DCWPCL therefore, the parties desire to resolve all matters and disputes concerning unpaid wages between them amicably so to avoid any future litigation;

NOW THEREFORE, it is hereby agreed between Ortiz Melgar and City Lights to fully and finally settle and completely dispose of all existing or potential issues, claims, grievances and disputes between them, accordingly,

IN CONSIDERATION OF THE MUTUAL PROMISES MADE HEREIN:

1. **Settlement Payments.** City Lights agrees to pay Ortiz Melgar the total gross sum of Forty Thousand Dollars ($40,000.00) ("Settlement Amount"), **time being of the essence,** in full and final satisfaction of any and all claims, including all claims for attorneys' fees and costs,

1

7160257_1

liquidated damages, and unpaid wages to be paid as follows: On or before March 13, 2020, **time being of the essence**, City Lights shall deliver two checks in immediately available funds (i.e. money order or cashier's check) to Eduardo S. Garcia at 25 W. Middle Lane, Rockville, Maryland 20850: one in the amount of Twenty-Three Thousand Four Hundred Thirty-Eight Dollars ($23,438.00) payable to Jose Reynaldo Ortiz Melgar; and one check in the amount of Sixteen Thousand Five Hundred Sixty-Two Dollars ($16,562.00) payable to Stein Sperling Bennett De Jong Driscoll PC.

2. **Default.** Failure by City Lights to pay any or all moneys due on or before the date outlined in this agreement shall be default hereunder. In the event that the default is not cured in five (5) calendar days after notification to counsel for City Lights, the entire Settlement Amount shall become due and owing, with credits given to amounts paid by City Lights prior to default. In the event of default, Ortiz Melgar will also be entitled to attorneys' fees incurred, from the date of default, in securing the full Settlement Amount.

3. **Dismissal.** Upon payment of the Settlement Amount, Ortiz Melgar agrees that he will join with City Lights in requesting approval of this settlement agreement, will file a dismissal of the Case currently filed in the United States District Court for the District of Columbia, Case No. 1:15-cv-01679 (RJL) with prejudice.

4. **Mutual Release.** For and in consideration of the Payments described above, and other good and valuable consideration, Ortiz Melgar fully and forever releases, remises and discharges City Lights, together with its officers, directors, partners, shareholders, employees, agents, affiliates, corporate parents, subsidiaries, successors, and assigns (collectively, the "Released Parties"). The Claims Ortiz Melgar is releasing include, all claims regarding unpaid overtime wages as well as all claims, promises, causes of action, complaints, grievances, or similar

2

7160257_1

rights that were or could have been alleged, as well as all known and unknown claims, promises, causes of action, complaints, grievances or similar rights of any type that he presently may have ("Claims") with respect to any Released Party, including any claim for attorney's fees, except as provided for herein.  **This is a general and complete release of all claims by Ortiz Melgar and is to be construed in its broadest sense.**  Ortiz Melgar understands that the Claims he is releasing include any and all claims that he might have as a result of conduct or omissions by any Released Party at any time up until the moment he signs this Agreement and include claims under any foreign, domestic, national, state, or local laws (including statutes, regulations, administrative guidance, and common law doctrines) including, but not limited to, the following:

> Employment statutes, such as the Employee Retirement Income Security Act of 1974; the Family and Medical Leave Act of 1993; and any other federal and/or state laws relating to employment.

> All other laws, such as any federal, state, local or common law mandating leaves of absence, restricting an employer's right to terminate employees, or otherwise regulating employment; any federal, state, local or common law enforcing express or implied employment contracts or requiring an employer to deal with employees fairly or in good faith; any other federal, state, local or common law providing recourse for alleged wrongful discharge, tort, physical or personal injury, emotional distress, fraud, negligent misrepresentation, defamation, and similar or related claims, and any other law, including claims alleging breach of contract or otherwise brought under any contract and/or tort theory.

3

Except as provided herein, City Lights hereby irrevocably and unconditionally waives any right to damages, costs, attorneys' fees or any other monetary or other recovery regarding, and fully releases, all claims that it may have against Ortiz Melgar on account of any matter, specifically forgiving any unpaid debts, conduct or omission occurring on or before the date City Lights signs this Agreement. To the extent that claims are not reserved below, this **is a general and complete release of all claims by City Lights and is to be construed in its broadest sense.** City Lights understands that the claims it is releasing include any and all claims that it might have as a result of conduct or omissions by Ortiz Melgar at any time up until the moment it signs this Agreement and include claims under any foreign, domestic, national, state, or local laws (including statutes, regulations, administrative guidance, and common law doctrines).

5. **Covenant Not To Sue.** Ortiz Melgar covenants that he will not file or cause to be filed any future legal action in any court, administrative agency, or other forum based upon any claim which has been released pursuant to this Agreement ("legal action").

6. **Confidentiality.** Going forth from the date of signing the Agreement, Ortiz Melgar agrees that he may not disclose the terms or existence of this Agreement to anyone other than (1) his spouse, (2) as required by law or (3) as necessary to obtain legal or tax advice from an attorney or financial professional, provided that he makes this confidentiality provision known to his spouse or any such financial or legal professional. If questioned about the status of his claim against City Lights, Ortiz Melgar is to respond with words to the effect that "the matter has been concluded."

Any breach of these confidentiality terms shall not abridge, affect, breach, discharge, impair, void or waive any other terms or provisions of this Agreement, or any other right or obligation under this Agreement, all of which shall survive and remain in full force and effect

4

7160257_1

notwithstanding any breach of this Confidentiality Provision.

7. **No Publicity/Silence.** Going forth from the date of signing the Agreement, the Parties shall not notify or comment on any form of social media, including but not limited to Twitter, Facebook, Instragram or the like or disclose to the news media, or any representative or agent of the news media, regarding the disputes that exist among them, the existence of this Agreement and/or the circumstances and facts giving rise thereto. The Parties shall not issue a press release or post any information on the internet, World Wide Web, and/or any social networking site or blog relating to the disputes that exist among them, this Agreement, and/or the facts and circumstances giving rise thereto. The Parties further agree not to disparage the other in a manner that would be actionable as defamatory or slanderous.

8. **No Admission.** The Parties, by reason of agreeing to this compromise and agreement deny liability of any and every sort and state that they have made no agreement to do or omit to do any act or thing not set forth herein. The Parties further state that this Agreement is entered into as a compromise in order to avoid expense and to terminate all controversy and/or claims for injuries or damages of whatsoever nature, known or unknown, including further developments thereof, in any way growing out of or connected with the Claims.

9. **No Assignment.** Ortiz Melgar represents that he has not assigned, transferred, or purported to assign or transfer, to any person or entity, any claim against City Lights or portion thereof or interest therein.

10. **Governing Law and Interpretation.** The Parties agree that this Agreement and the rights and obligations hereunder shall be governed by, and construed in accordance with, the laws of the District of Columbia. The Parties agree that any dispute arising out of this Agreement shall be adjudicated solely and exclusively in the District of Columbia courts. The

7160257_1

5

Parties expressly waive any objection to jurisdiction and venue herein, including but not limited to personal jurisdiction and forum *non conveniens*.

11. **Severability**.  The Parties agree that, if any terms of the above provisions of this Agreement are found null, void or inoperative, for any reason, the remaining provisions will remain in full force and effect.

12. **Entire Agreement**.  The Parties agree that this Agreement contains and comprises the entire agreement and understanding of the Parties and that there are no additional promises or terms of the agreement among the Parties.

13. **Joint Participation and Negotiation of Agreement**.  Ortiz Melgar represents that he has read this Agreement, that he understands all of its terms, that they have fully discussed the terms of this Agreement with an attorney of his choice, and that, in executing this Agreement, he did not rely and have not relied upon any representation or statement made by any of the employees, agents, representatives, or attorneys of City Lights with regard to the subject matter, basis, or effect of the Agreement. Ortiz Melgar represent that he entered into this Agreement voluntarily, of his own free will, and with knowledge of its meaning and effect.

14. **Amendment**.  The Parties agree that this Agreement shall not be modified except by a writing signed by each of the Parties hereto.

15. **Counterpart Signatures**.  The Parties hereby acknowledge that this Agreement may be executed in counterpart originals with like effect as if executed in a single document. This Agreement is effective when all Parties have executed the Agreement and provided executed copies to all Parties hereto.

Case 1:15-cv-01679-RJL   Document 20-1   Filed 03/16/20   Page 9 of 9

IN WITNESS WHEREOF, the parties have executed this Agreement:

ORTIZ MELGAR

*Jose R. Ortiz*     Dated: 3-11-20
Jose Reynaldo Ortiz Melgar

CITY LIGHTS

By: *[signature]*     Dated: 3/14/20
On behalf of Louyans, Inc.
    d/b/a City Lights of China

*[signature]*     Dated: 3/14/20
Andy Chang, Individually

7